**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF KENTUCKY**
**SOUTHERN DIVISION**
**AT LONDON**

**CIVIL ACTION NO. 2013-100 (WOB-CJS)**

DEBRA LEE MINIARD                                        **PLAINTIFF**

VS.                         <u>ORDER</u>

CAROLYN W. COLVIN, ACTING
COMMISSIONER OF SOCIAL SECURITY                  **DEFENDANT**

This matter is before the Court on the Report and Recommendation of the United States Magistrate Judge (Doc. #17), and there being no objections filed thereto, the Court being advised,

**IT IS ORDERED** that the Report and Recommendation is hereby **adopted** as the findings of fact and conclusions of law of this Court; that defendant's motion for summary judgment (Doc. #16) is **denied**; and that plaintiff's motion for summary judgment (Doc. #12) is **granted in part** as to plaintiff's request for a reversal of the Commissioner's decision and remand, and **denied in part** to the extent plaintiff requests a court-ordered award of benefits; and that the Decision is **reversed** and the matter is **remanded** to the Commissioner under Sentence four of 42 U.S.C. §405(g), with instructions to reconsider and adequately explain the treatment of the opinions of Dr. Sharma and Dr. Lynch; and that a separate Judgment shall enter concurrently herewith.

This 27th day of June, 2014.



Signed By:
*__William O. Bertelsman__* WOB
**United States District Judge**